# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**GONZALO ANAYA**,

      Plaintiff,

v.                                                                                     CIV No. 22-00435

**ELIAS RAEL, in his individual capacity,**
**CITY OF LAS VEGAS, a New Mexico Municipality,**
**ANTHONY ROBINSON, in his individual capacity, and**
**the STATE OF NEW MEXICO**

      Defendant(s).

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1441(a) and 1446(a), Defendants, the State of New Mexico and New Mexico State Police Officer Anthony Robinson (*hereinafter* referred to as "State Defendants"),through their attorneys Robles, Rael & Anaya, P.C. (Luis Robles) give Notice of Removal to this Court of the civil action filed in the Fourth Judicial District Court for the State of New Mexico, County of San Miguel, Cause No. D-412-CV-2022-00101 ("State Court Action"), by Plaintiff, Gonzalo Anaya, and as grounds therefore state:

1.      On May 3, 2021, Plaintiff filed a Complaint for Violations Pursuant to 42 U.S.C. § 1983 and the New Mexico Tort Claims Act (*hereinafter* referred to as "Complaint").  An endorsed copy of the Complaint is attached hereto as **Exhibit A**.

2.      Defendant, the State of New Mexico, was served a copy of Plaintiff's Complaint on or about May 12, 2022.  Defendant, New Mexico State Police Officer Anthony Robinson, was

served a copy of Plaintiff's Complaint on or about May 11, 2022.

3. Upon information and belief, this Notice of Removal is timely because it is filed within 30 days of service upon State Defendants.

4. State Defendants, the State of New Mexico and New Mexico State Police Officer Anthony Robinson, consent to removal.

5. Pursuant to 28 U.S.C. § 1446(d), copies of the Notice of Removal will be promptly given to all adverse parties and a copy of the Notice of Removal will be filed with the Clerk of the Fourth Judicial District Court, County of San Miguel, State of New Mexico.

6. The claims stated against Defendants in the Complaint are subject to the jurisdiction of this Court pursuant to 42 U.S.C. § 1983, having brought Fourth Amendment claims against State Defendants.

   a. This Court has original jurisdiction under 28 U.S.C. § 1331 because Plaintiff's Complaint is founded, in part, on claims or rights arising under the Constitution and laws of the United States.

7. Pursuant to Rule 81.1(a) of the Local Rules of the United States District Court for the District of New Mexico, State Defendants will, within twenty-eight (28) days, file a Notice of Filing of State Court Record and certified copies of the pleadings filed in the Fourth Judicial District Court for the State of New Mexico, County of San Miguel in Cause No. D-412-CV-2022-00101.

Respectfully submitted,

**ROBLES, RAEL & ANAYA, P.C.**

By:   /s/ Luis Robles
   Luis Robles
   Attorney for State Defendants
   500 Marquette Ave., NW, Suite 700
   Albuquerque, New Mexico 87102
   (505) 242-2228
   (505) 242-1106 (facsimile)
   luis@roblesrael.com

I hereby certify that on this 8th day of
June 2022, the foregoing was served
via the CM/ECF system and served via
electronic mail as follows:

Alexandra W. Jones
Jones Law Firm, LLC
1011 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 248-1400
 ajones@joneslawabq.com

*Attorney for Plaintiff*

 /s/ Luis Robles
Luis Robles