IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GONZALO ANAYA,

    Plaintiff,

v.                          No. 1:22-cv-00435-KWR-JFR

ELIAS RAEL, CITY OF LAS VEGAS,
ANTHONY ROBINSON, and
THE STATE OF NEW MEXICO,

    Defendants.

## JUDGMENT

Consistent with the Memorandum Opinion and Order (**Doc. 33**) entered on **October 17, 2022**, the Court issues its separate judgment (1) **DISMISSING** the federal claims (Counts I and II) **WITHOUT PREJUDICE** subject to the condition identified in the Memorandum Opinion and Order and (2) remanding the state law claim (Count III) to the Fourth Judicial District Court, San Miguel County, State of New Mexico.

**IT IS ORDERED, ADJUDGED, AND DECREED** Plaintiff's federal claims (Counts I and II) are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2), subject to the condition identified in the Memorandum Opinion and Order; and

**IT IS FINALLY ORDERED** that the remaining state law claims (Count III) in this case are **REMANDED** to the Fourth Judicial District, San Miguel County, New Mexico.

    IT IS SO ORDERED.

                                          **KEA W. RIGGS**
                                          **UNITED STATES DISTRICT JUDGE**